Sean J. Riddell OSB#013943
2905 NE Broadway St.,
Portland, OR 97232
971-219-8453
sjr@seanjriddellpc.com
Attorney for Victim

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>MANUEL ANTONIO SOUZA ESPINOZA,<br><br>Defendant. | Case No. 3:22-CR-00135-IM<br><br>NOTICE OF APPEARANCE OF COUNSEL AND ASSERTION OF RIGHTS |

Kerry Cohen as Personal Representative of Griffin Hoffman's Estate, listed victim in the above captioned matter, by and through her attorney, Sean Riddell, hereby provides the Court and parties with notice that the victim is represented by counsel. The estate hereby asserts all rights as a crime victim under Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c) and Crime Victim's Bill of Rights under the Crime Control Act of 1990.

The listed victim further specifically asserts the right to speedy disposition of the case, right to be consulted about the plea negotiations in this case, right to refuse all discovery requests from the defendant, and right to be informed in advance of any critical stage of these proceedings.

///

Sean J. Riddell P.C.<br>
2905 NE Broadway St.,<br>
Portland OR, 97232<br>
971/219-8453

1  NOTICE OF APPEARANCE OF COUNSEL

Court notices should be addressed to:

Sean J. Riddell
Sean J. Riddell P.C.
2905 NE Broadway St.,
Portland, OR 97232
971 219 8453
sjr@seanjriddellpc.com


Dated September 12, 2022.

                                      /s/ Sean J. Riddell
                                      Sean J. Riddell OSB#013943
                                      Attorneys for Mindy Cole

# CERTIFICATE OF SERVICE

       I hereby certify that on September 12, 2022, I served the foregoing Notice of Appearance of Counsel upon the parties hereto by the method indicated below, and addressed to the following:

Larry R. Roloff
132 E Broadway,
Suite 233
Eugene, OR 97401
541-686-8695
Fax: 541-686-8751
Email: roloffaal@yahoo.com
       Attorney for Defendant Espinoza

Scott M. Kerin
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1002
Fax: 503-727-1117
Email: scott.kerin@usdoj.gov
       Attorney for United States

Via electronic mail and ECF.

/s/ Sean J. Riddell

Sean J. Riddell, P.C.
2905 NE Broadway St.,
Portland, OR 97232
Phone: 971-219-8453
Email: sjr@seanjriddellpc.com